

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00012-CV

Javier **REYES**,
Appellant

v.

Rosa **REYES**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-00772
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellee is awarded the costs she incurred related to this appeal.

SIGNED December 12, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice